1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE LANDIN, JR. and EDUARDO MURILLO,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC.,<br><br>    Defendants. | Nos. 1:15-cv-01416-DAD-SKO<br>   1:15-cv-01484-DAD-SKO<br>   1:15-cv-01521-DAD-SKO<br>   1:15-cv-01544-DAD-SKO<br>   1:15-cv-01596-DAD-SKO<br>   2:15-cv-01965-DAD-SKO<br>   2:15-cv-02075-DAD-SKO<br>   2:15-cv-02149-DAD-SKO<br>   2:15-cv-02152-DAD-SKO<br>   2:15-cv-02186-DAD-SKO |
| CORY BARRETT HALL,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST CORPORATION, COMCAST OF CONTRA COSTA, INC., and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendants. | <u>ORDER GRANTING STIPULATION RE TRANSFER OF VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u> |

1

1 | FRANCISCO FLORES et al.,
2 |         Plaintiffs,
3 |    v.
4 | COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC.,
5 |
6 |         Defendants.

JOSEPH JOSHUA DAVIS et al.,

        Plaintiffs,

   v.

COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC.,

        Defendants.

JAMES K. GRIMES and CARLOS RAMOS,

        Plaintiffs,

   v.

COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC.,

        Defendants.

STEPHEN MCBRIDE et al.,

        Plaintiffs,

   v.

COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC.,

        Defendants.

|  |
|---|
| LAWRENCE ELKINS et al., |
| Plaintiffs, |
| v. |
| COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC., |
| Defendants. |
| HERNAN PAEZ et al., |
| Plaintiffs, |
| v. |
| COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC., |
| Defendants. |
| KRIS COOK et al., |
| Plaintiffs, |
| v. |
| COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC., |
| Defendants. |
| KEVIN HUFFMAN et al., |
| Plaintiffs, |
| v. |
| COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC., |
| Defendants. |

On July 13, 2016, the parties to the above-captioned related cases filed a stipulation to transfer the same cases to the United States District Court for the Northern District of California. The parties state that after meeting and conferring, they agreed to seek a voluntary transfer of the related cases for reasons of convenience of the parties and for judicial economy, as eight related

cases are currently pending before the Honorable Jeffrey White. The parties further state that judicial economy and the convenience of the parties will be served: (a) by allowing a single court to decide the various legal issues that are identical or substantially similar in all cases; (b) that court should be located in the Northern District because the cases presiding within the Northern District are further advanced through the judicial process than those currently pending in the Eastern District; (c) because the Northern District is equally convenient for all parties and witnesses from all cases, and (d) all parties consent to the transfer. Moreover, the parties represent that they intend to relate and seek further consolidation of the above-captioned cases before the Honorable Jeffrey White once transferred and that at the last case management conference before Judge White, they informed him of their intentions.[1]

Pursuant to 28 U.S.C. § 1404(a), "a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." According to the stipulation, the parties consent to such a transfer. Finding good cause and in the interests of justice, the court grants the parties' stipulation.

Accordingly,

1. The parties' stipulation to transfer this action to the United States District Court for the Northern District of California is granted;
2. The Clerk of the Court is directed to transfer this action to the United States District Court for the Northern District of California as soon as reasonably possible; and
3. All previously scheduled dates before this court are hereby vacated.

IT IS SO ORDERED.

Dated:   **July 20, 2016**                                    _____Dale A. Drozd_____
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The undersigned has confirmed with Judge White that he is willing to accept the transfer of these actions.

4